UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Bahig F. Bishay**
       Plaintiff

   V.

CIVIL ACTION

NO. **1:24-cv-12661-RGS**

**Ocwen Financial Corporation**
**Glen Messina**
**U.S Bank National Association**
**Andrew Cecere**
**Locke Lord LLP**
**Stephanie Sprague**
**Orlans PC**
**Alison Orlans**
**Beverly Canone**
**Ariane Vuono**
**Sabita Singh**
**John Englander**
**Kimberly Budd**
**Frank Gaziano**
**David Lowy**
**Dalila Argaez Wendlandt**
**Serge Georges, Jr**
               Defendants

**ORDER OF DISMISSAL**

Stearns, D. J.

    Pursuant to the court's Order [Doc. No. 8] Plaintiffs' Complaint is hereby dismissed. This case is CLOSED.

    IT IS SO ORDERED.

                                                By the Court,

10/30/2024                                          /s/ Jacqueline Martin
  Date                                                    Deputy Clerk